# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

January 2, 2019

Before:
    DIANE P. WOOD, Chief Circuit Judge
    KENNETH F. RIPPLE, Circuit Judge
    AMY C. BARRETT, Circuit Judge

| | |
|---|---|
| No. 18-1609 | JAN KOWALSKI MCDONALD,<br>Plaintiff - Appellant<br><br>v.<br><br>COOK COUNTY OFFICERS ELECTORAL BOARD, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-01277<br>Northern District of Illinois, Eastern Division<br>District Judge John J. Tharp | |

The appeal is **DISMISSED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)